IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
COLUMBUS DIVISION

| | |
|---|---|
| **JANET DAVIS, ANGEL RANDALL, MELISSA SCHALLER, MANDY PHELAN, individually and on behalf of all others similarly situated,**<br><br>Plaintiffs,<br><br>v.<br><br>**GEICO CASUALTY COMPANY,** a foreign corporation, **GEICO ADVANTAGE INSURANCE COMPANY,** a foreign corporation, and **GEICO CHOICE INSURANCE COMPANY,** a foreign corporation, and **GEICO GENERAL INSURANCE COMPANY,** a foreign corporation,<br><br>Defendants. | CASE NO.: 2:19-cv-02477-GCS-EPD<br><br><br>**(JURY TRIAL DEMANDED)** |

**PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE
TO FILE SECOND AMENDED CLASS ACTION COMPLAINT**

Plaintiffs Janet Davis, Angel Randall, Melissa Schaller, and Mandy Phelan (collectively, the "Plaintiffs"), on behalf of themselves and all others similarly situated, file, pursuant to Fed. R. Civ. P. 15(a), this Unopposed Motion for Leave to File Second Amended Class Action Complaint. The proposed Second Amended Complaint is attached hereto as Exhibit 1, and seeks to add the claims of new plaintiff Trey Roberts, individually and on behalf of a putative class, against new defendant GEICO Secure Insurance Company ("GEICO Secure"). The grounds for this Motion are fully set forth in Plaintiffs' Memorandum of Law in Support of Unopposed Motion for Leave to File Second Amended Class Action Complaint.

Dated: February 21, 2020                                    Respectfully submitted,

By:    /s Daniel R. Karon
       Daniel R. Karon (0069304)
       Beau D. Hollowell (0080704)
       **KARON LLC**
       700 W. St. Clair Ave., Suite 200
       Cleveland, OH 44113
       Tel: (216) 622-1851
       dkaron@karonllc.com
       bhollowell@karonllc.com

       s/Jacob L. Phillips
       Edmund A. Normand (admitted *pro hac vice*)
       Jacob L. Phillips (admitted *pro hac vice*)
       **NORMAND PLLC**
       Post Office Box 1400036
       Orlando, FL 32814-0036
       Tel: (407) 603-6031
       ed@normandpllc.com
       jacob.phillips@normandpllc.com

       Bradley W. Pratt (admitted *pro hac vice*)
       **PRATT CLAY LLC**
       4401 Northside Parkway
       Suite 520
       Atlanta, GA 30327
       Tel: (404) 949-8118
       bradley@prattclay.com

       Christopher Hall (*pro hac vice* pending)
       **HALL & LAMPROS LLP**
       400 Galleria Parkway
       Suite 1150
       Atlanta, Georgia 30309
       Tel: (404) 876-8100
       chall@hallandlampros.com

       Andrew Shamis (admitted *pro hac vice*)
       **SHAMIS & GENTILE, P.A.**
       14 N.E 1st Ave Ste. 1205
       Miami, FL 33132
       Tel: (305) 479-2299
       ashamis@shamisgentile.com

Scott Edelsberg (admitted *pro hac vice*)
**EDELSBERG LAW, P.A.**
19495 Biscayne Blvd. #607
Aventura, FL 33180
Tel: (305) 975-3320
Scott@edelsberglaw.com

Rachel Dapeer (admitted *pro hac vice*)
DAPEER LAW, P.A.
300 S. Biscayne Blvd. #2704
Miami, FL 33131
rachel@dapeer.com

*Attorneys for Plaintiffs and the class*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this day, February 21, 2020, I electronically filed the foregoing document via this Court's CM/ECF filing system, which will provide electronic notice to all counsel of record.

*/s/ Jacob Phillips*