# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# COLUMBUS DIVISION

| | |
|---|---|
| JANET DAVIS, ANGEL RANDALL, MELISSA SCHALLER, MANDY PHELAN, and TREY ROBERTS individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br> v. <br><br> GEICO CASUALTY COMPANY, a foreign corporation, GEICO ADVANTAGE INSURANCE COMPANY, a foreign corporation, and GEICO CHOICE INSURANCE COMPANY, a foreign corporation, GEICO GENERAL INSURANCE COMPANY, a foreign corporation, and GEICO SECURE INSURANCE COMPANY, a foreign corporation, <br><br> Defendants. | Civil Action No. 2:19-cv-02477-GCS-EPD <br><br> District Judge George C. Smith <br> Magistrate Judge Elizabeth Preston Deavers |

## JOINT MOTION TO AMEND PRELIMINARY PRETRIAL ORDER

Defendants GEICO Casualty Company, GEICO Advantage Insurance Company, GEICO Choice Insurance Company, GEICO General Insurance Company and GEICO Secure Insurance Company ("GEICO" or "Defendants") and Plaintiffs Janet Davis, Angel Randall, Melissa Schaller, Mandy Phelan, and Trey Roberts ("Plaintiffs") (collectively, the "Parties") hereby file this Joint Motion to Amend the Preliminary Pretrial Order (Dkt. No. 41) and extend all deadlines included therein by four months. In support thereof, the Parties state as follows:

1. On February 6, 2020, this Court entered a Preliminary Pretrial Order (Dkt. No. 41), which adopted the following deadlines for litigating this case[1]:

- Motion for class certification and certification expert disclosures: August 3,

---

[1] This list excludes those dates that have already passed as of the date of the filing of this Motion.

2020.

- Plaintiffs' class certification expert depositions:  September 3, 2020.
- Opposition to class certification and rebuttal expert disclosures:  September 17, 2020.
- Defendants' class certification expert depositions:  October 17, 2020.
- Plaintiffs' class certification reply:  October 26, 2020.
- All discovery completed:  December 15, 2020.
- Dispositive motions:  November 20, 2020.
- Responses to dispositive motions:  December 21, 2020.
- Replies to dispositive motions:  January 18, 2021.
- Primary expert reports produced:  October 15, 2020.
- Rebuttal expert reports produced:  November 20, 2020.
- Referral to an attorney mediator or the Magistrate judge for a settlement conference:  August 2020.

2. The Parties request that these deadlines, as established in the Preliminary Pretrial Order and listed above, be extended by four months, and seek an amended schedule with the following deadlines:

- Motion for class certification and certification expert disclosures:  December 3, 2020.
- Plaintiffs' class certification expert depositions:  January 3, 2021.
- Opposition to class certification and rebuttal expert disclosures:  January 18, 2021.
- Defendants' class certification expert depositions:  February 17, 2021.

- Plaintiffs' class certification reply filed:  February 26, 2021.

- All discovery completed:  April 15, 2021.

- Dispositive motions:  March 29, 2021.

- Responses to dispositive motions:  April 21, 2021.

- Replies to dispositive motions:  May 18, 2021.

- Primary expert reports produced:  February 15, 2021.

- Rebuttal expert reports produced:  March 19, 2021.

- Referral to an attorney mediator or the Magistrate judge for a settlement conference:  December 2020.

3. Federal Rule of Civil Procedure 16(b)(4) permits a scheduling order to be modified "for good cause and with the judge's consent."  Fed. R. Civ. P. 16(b)(4).  "The primary measure of Rule 16's good cause standard is the moving party's diligence in attempting to meet the case management order's requirements."  *Inge v. Rock Fin. Corp.*, 281 F.3d 613, 625 (6th Cir. 2002) (internal citation and punctuation omitted).  "A district court should also consider possible prejudice to the party opposing the modification."  *Andretti v. Borla Performance Indus., Inc.*, 426 F.3d 824, 830 (6th Cir. 2005).  Ultimately, it is within a district court's discretion whether to modify a scheduling order.  *Id.*

4. The Parties have conferred and jointly agree that an extension of all deadlines in the Preliminary Pretrial Order by four months is reasonable to account for delays caused by the COVID-19 pandemic.  Discovery has been hampered by the pandemic, including GEICO's ability to quickly produce the voluminous documents and data requested by Plaintiffs. Moreover, witness availability has been affected by ongoing stay at home orders and related remote working arrangements.  Good cause therefore exists to amend the schedule set forth in

the Preliminary Pretrial Order to extend the deadlines by four months. No party will be prejudiced by the amendment to the Preliminary Pretrial Order sought herein, and the parties agree to the relief requested herein.

5. Plaintiffs have informed Defendants that they intend to file a motion to amend the complaint to modify allegations relating to the applicable statute of limitations, and to add a plaintiff. Defendants oppose such request at this time.

WHEREFORE, the Parties respectfully request that the Court amend the Preliminary Pretrial Order and extend all deadlines included therein by four months.

Dated: July 2, 2020

|  |  |
|---|---|
| By: | */s/* Kristine Maher |
|  | Kristine Maher, #98179 |
|  | **Graydon Head & Ritchey, LLP** |
|  | 312 Walnut Street, Suite 1800 |
|  | Cincinnati, OH 45202 |
|  | Telephone: (513) 629-2893 |
|  | Facsimile: (513) 651-3836 |
|  | kmaher@graydon.law |
|  |  |
|  | Kymberly Kochis (*pro hac vice*) |
|  | Alexander Fuchs (*pro hac vice*) |
|  | **EVERSHEDS SUTHERLAND (US) LLP** |
|  | The Grace Building, 40th Floor |
|  | 1114 Avenue of the Americas |
|  | New York, NY 10036 |
|  | Telephone: (212) 389-5000 |
|  | Facsimile: (212) 389-5099 |
|  | kymkochis@eversheds-sutherland.com |
|  | alexfuchs@eversheds-sutherland.com |
|  |  |
|  | **Attorneys for Defendants GEICO Casualty Company, GEICO Advantage Insurance Company, GEICO Choice Insurance Company, GEICO General Insurance Company and GEICO Secure Insurance Company** |

Daniel Richard Karon
Beau D Hollowell
**KARON LLC**
700 W. St. Clair Avenue, Suite 200
Cleveland, OH 44113
Tel: (216) 622-1851
*dkaron@karonllc.com*
*bhollowell@karonllc.com*

Edmund A. Normand (admitted pro hac vice)
Jacob L. Phillips (admitted pro hac vice)
**NORMAND PLLC**
Post Office Box 1400036
Orlando, FL 32814
Tel: (407) 603-6031
*ed@ednormand.com*
*jacob.phillips@ednormand.com*

Christopher B. Hall (admitted pro hac vice)
**HALL & LAMPROS LLP**
400 Galleria Parkway
Suite 1150
Atlanta, Georgia 30309
Tel: (404) 876-8100
chall@hallandlampros.com

Rachel Dapeer (admitted pro hac vice)
**DAPEER LAW, P.A.**
300 S. Biscayne Blvd. #2704
Miami, FL 33131
Andrew Shamis
**SHAMIS & GENTILE, P.A.**
14 N.E 1st Ave Ste. 1205
Miami, FL 33132
Tel: (305) 479-2299
*ashamis@shamisgentile.com*
rachel@dapeer.com

Bradley W. Pratt (admitted pro hac vice)
**PRATT CLAY LLC**
4401 Northside Parkway
Suite 520
Atlanta, GA 30327
Tel: (404) 949-8118
bradley@prattclay.com

Scott Edelsberg (admitted pro hac vice)
**EDELSBERG LAW, P.A.**
19495 Biscayne Blvd. #607
Aventura, FL 33180
Tel: (305) 975-3320
Scott@edelsberglaw.com

**Attorneys for Plaintiffs**