IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**JANET DAVIS,** *et al.***,**

    **Plaintiffs,**

    v.

                          **Civil Action 2:19-cv-2477**
                          **Judge Edmund A. Sargus, Jr.**
                          **Magistrate Judge Elizabeth P. Deavers**

**GEICO CASUALTY COMPANY,** *et al.***,**

    **Defendants.**

## ORDER

This matter is before the Court on Plaintiffs' Unopposed Motion for Leave to File Under Seal. (ECF No. 88.) For good cause shown, the Motion is **GRANTED**. Plaintiffs are **DIRECTED** to file their Motion for Class Certification ("Motion"), and related exhibits, **UNDER SEAL**. Defendants are **DIRECTED** to identify, within 14 days after the Motion is filed, the portions of the Motion and the exhibits that should remain under seal, along with supporting law and argument as required by *Shane Group, Inc. v. Blue Cross Blue Shield of Mich.*, 825 F.3d 299, 305 (6th Cir. 2016).

    **IT IS SO ORDERED.**


Date: August 13, 2021                  /s/ *Elizabeth A. Preston Deavers*
                                                **ELIZABETH A. PRESTON DEAVERS**
                                                **UNITED STATES MAGISTRATE JUDGE**