UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**JANET DAVIS, ANGEL RANDALL, ALMA LEE RESENDEZ, MANDY PHELAN, and TREY ROBERTS,** individually and on behalf of all others similarly situated,

        Plaintiffs,

v.

**GEICO CASUALTY CO., et al.,**

        Defendants.

Case No. 2:19-cv-2477
JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Elizabeth Preston Deavers

## ORDER APPROVING NOTICE PLAN TO CLASS MEMBERS

This matter is before the Court on Plaintiffs' Motion for Approval of Proposed Notice Plan to Class Members. (ECF No. 168.) Defendants do not oppose Plaintiffs' proposed plan and notice documents. (Defs.' Response to Notice Plan, ECF No. 172.) For good cause shown, the motion is **GRANTED**. (ECF No. 168.)

The Court **APPROVES** the Email Notice, Postcard Notice, Opt-Out Form, and Long-Form Notice, attached as Exhibits A, B, C, and D, respectively, to Plaintiffs' motion and orders their distribution as set forth therein.

**IT IS SO ORDERED.**

**10/3/2022**  
**DATED**

        s/Edmund A. Sargus, Jr.
        **EDMUND A. SARGUS, JR.**
        **UNITED STATES DISTRICT JUDGE**