UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

JANET DAVIS, ANGEL RANDALL,
ALMA LEE RESENDEZ, MANDY
PHELAN, and TREY ROBERTS,
individually and on behalf of all
others similarly situated,

      Plaintiffs,

v.

GEICO CASUALTY CO., et al.,

      Defendants.

Case No. 2:19-cv-2477
JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Elizabeth Preston Deavers

# ORDER

This matter is before the Court on the Joint Motion to Amend Scheduling Order and Timing of Class Notice, which is hereby **GRANTED**. (ECF No. 175.) For good cause shown, the Court hereby **VACATES** the trial schedule and associated deadlines (ECF No. 174) and shall reissue a schedule forthwith setting the trial date after April 15, 2023. No further extensions will be granted absent extenuating circumstances.

Further, the following are the requested and approved schedule amendments to the class notice procedures found at ECF Nos. 168 and 173:

| Date | Description |
| --- | --- |
| December 30, 2022 | Plaintiffs identify class members |
| January 20, 2023 | GEICO completes review class member identifications and make objections and produce address and email information |
| January 27, 2023 | Parties complete resolution of GEICO's objections |
| February 24, 2023 | Class Administrator effectuate notice with a 45-day opt out deadline |

The Clerk is **DIRECTED** to **VACATE** the Trial Schedule and Settlement Conference (ECF No. 174) and **ISSUE** a new schedule setting the trial date after April 15, 2023. The Clerk is also **DIRECTED** to **GRANT** the Joint Motion to Amend Scheduling Order and Timing of Class Notice. (ECF No. 175.) This case remains open.

    **IT IS SO ORDERED.**

**12/13/2022**　　　　　　　　　　　　　　　　　　　　　　　**s/Edmund A. Sargus, Jr.**
**DATE**　　　　　　　　　　　　　　　　　　　　　　　　　　**EDMUND A. SARGUS. JR.**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT COURT**