**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**JANET DAVIS, ANGEL RANDALL, ALMA LEE RESENDEZ, MANDY PHELAN, and TREY ROBERTS**, individually and on behalf of all others similarly situated,

       Plaintiffs,

  v.

**GEICO CASUALTY CO.**, *et al.*,

       Defendants.

Case No. 2:19-cv-2477
**JUDGE EDMUND A. SARGUS, JR.**
Magistrate Judge Elizabeth Preston Deavers

## OPINION AND ORDER

On March 15, 2023, Plaintiffs filed a motion to reconsider the Court's March 2, 2023 Summary Judgment decision. (ECF No. 191.) This motion asks the Court to reconsider the remaining triable issue in this matter: Defendants' accord and satisfaction defense on Plaintiff Phelan's claim. Resolution of this motion may clarify the lone issue necessitating trial, if not eliminate the need for trial entirely. In light of this motion, coupled with the coming trial scheduled for April 24, 2023, the Court **ORDERS** Defendants to file their response to Plaintiffs' motion within **TEN (10) DAYS**. Additionally, the Court finds that an emergency status conference is unnecessary at this juncture, and therefore **DENIES** Plaintiffs' Request for Emergency Status Conference. (ECF No. 192.)

This case remains open.

**IT IS SO ORDERED.**

**3/17/2023**
**DATE**

s/Edmund A. Sargus, Jr.
**EDMUND A. SARGUS, JR.**
**UNITED STATES DISTRICT JUDGE**