UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**JANET DAVIS, ANGEL RANDALL,
ALMA LEE RESENDEZ, MANDY
PHELAN, and TREY ROBERTS,**
individually and on behalf of all
others similarly situated,

       Plaintiffs,                        Case No. 2:19-cv-2477
                                                   JUDGE EDMUND A. SARGUS, JR.
     v.                               Magistrate Judge Elizabeth Preston Deavers

**GEICO CASUALTY CO.,** *et al.***,**

       Defendants.

## ORDER

The matter before the Court is Defendants' Unopposed Motion to Appear Telephonically at Final Fairness Hearing (ECF No. 226). Defendants' national counsel's presence at the October 12, 2023, Final Fairness Hearing is not required so long as local counsel Kristine Maher is in attendance. Should Defendants' national counsel wish to appear telephonically, such arrangements must be made with Defendants' local counsel. The Court hereby **GRANTS** Defendants' motion.

    IT IS SO ORDERED.

**10/6/2023**                                                              s/Edmund A. Sargus, Jr.
**DATE**                                                          **EDMUND A. SARGUS, JR.**
                                                                  **UNITED STATES DISTRICT JUDGE**